ACCEPTED
06-15-00220-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/28/2015 8:44:23 PM
DEBBIE AUTREY
CLERK

Appellate Docket Number:

Appellate Case Style: Style:    Richard Greg Turner

Vs.    State of Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/29/2015 7:52:00 AM
DEBBIE AUTREY
Clerk

Companion Case:

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:    6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Richard | ☐ Lead Attorney |
| Middle Name: Greg | First Name: Craig |
| Last Name: Turner | Middle Name: L. |
| Suffix: | Last Name: Henry |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed    ☐ District/County Attorney |
| Pro Se: ◯ | ☒ Retained    ☐ Public Defender |
| | Firm Name: Craig L. Henry, Attorney at Law |
| | Address 1: 723 Main Street |
| | Address 2: |
| | City: Texarkana |
| | State: Texas    Zip+4: 75501 |
| | Telephone: 903-792-4645    ext. |
| | Fax: 903-792-5073 |
| | Email: Lawyrntx@aol.com |
| | SBN: 09479260 |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☐ Lead Attorney

First Name: Lauren

Middle Name:

Last Name: Sutton

Suffix:

☐ Appointed     ☒ District/County Attorney

☐ Retained      ☐ Public Defender

Firm Name: Bowie County District Attorney's Office

Address 1: 601 Main Street

Address 2:

City: Texarkana

State: Texas          Zip+4: 75501

Telephone: 903-735-4800     ext.

Fax: 903-735-4819

Email: lauren.sutton@txkusa.org

SBN:

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Assaultive

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: September 18, 2015

Offense charged: Burglary of Habitation and Agg Assault

Date of offense:

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes   ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: December 14, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 25 years and 5 years concurrently

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No   If yes, date filed: October 16, 2015

Motion in Arrest of Judgment: ☐ Yes ☐ No   If yes, date filed:

Other: ☐ Yes ☐ No          If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☒ NA   If yes, date filed:

Date of hearing:                    ☒ NA

Date of order:                      ☒ NA

Ruling on motion: ☐ Granted ☐ Denied ☒ NA   If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 102nd District

County: Bowie

Trial Court Docket Number (Cause no): 13F0312 &0329-102

Trial Court Judge (who tried or disposed of the case):

First Name: Bobby

Middle Name:

Last Name: Lockhart

Suffix:

Address 1: BSJB 100 N. Stateline Ave, Box 10

Address 2:

City: Texarkana

State: Texas          Zip + 4: 75501

Telephone: 903-798-3527     ext.

Fax: 903-798-3301

Email: bsorsby@txjusa.org

Clerk's Record:

Trial Court Clerk: ☒ District  ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Dec 28, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☒ Yes ☐ No ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: Dec 28, 2015

Were payment arrangements made with the court reporter/court recorder? ☒ Yes ☐ No ☐ Indigent

---

☒ Court Reporter            ☐ Court Recorder
☐ Official                  ☐ Substitute

First Name: Melanie

Middle Name: C.

Last Name: Harris

Suffix:

Address 1: 3414 Colonial Circle

Address 2:

City: Texarkana

State: Texas          Zip + 4: 75503

Telephone: 903-831-6926     ext.

Fax: 903-832-7818

Email: harrisrept@aol.com

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                             Court:

Style:

      Vs.      State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)                     Date:   December 28, 2015

_____

                                    State Bar No: 09479260

Printed Name:

Electronic Signature:   /s/ Craig L. Henry            Name:   Craig L. Henry

       (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on   December 28, 2015     .

_____

Signature of counsel (or pro se party)        Electronic Signature: /s/ Craig L. Henry

                                      (Optional)

                                State Bar No.:   09479260

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

                    (1) the date and manner of service;

                    (2) the name and address of each person served, and

                    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: December 28, 2015

Manner Served: eServe

First Name: Lauren

Middle Name:

Last Name: Sutton

Suffix:

Law Firm Name: Bowie County District Attorney's Office

Address 1: 601 Main Street

Address 2:

City: Texarkana

State: Texas     Zip+4: 75501

Telephone: 903-735-4800     ext.

Fax: 903-735-4819

Email: lauren.sutton@txkusa.org